UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 88-128-CR-Hurley\Johnson

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT DEAN CLARK,

Defendant.

_____/

FILED by _____ D.C.

JAN 9 - 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

The Court being fully advised in the matter, it is ordered that the Government's Motion to Continue Hearing is hereby ~~GRANTED~~ **DENIED**. ~~The final hearing in this matter is rescheduled for~~

_____, ~~2003, at~~ _____.

DONE and ORDERED this 9th day of January, 2003, in chambers at West Palm Beach, Florida.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

Serve:  AUSA Bruce E. Reinhart
        AFPD Stewart Abrams