UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:88-128-Cr-Hurley

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

ROBERT DEAN CLARK,

  Defendant.

FILED by _____ D.C.

AUG 26 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER RE: SEALING DOCUMENTS

**THIS CAUSE** is before the Court, *sua sponte*, for review of the documents under seal in this case. The Court having reviewed the court file and being otherwise fully advised in the premises, the Clerk's Office is instructed to do the following:

[ ]  Docket entry(s) _____ (documents attached hereto) shall be unsealed, docketed, and placed in the court file.

[X]  Docket entry(s) 163-165 & 102-104 (documents attached hereto) shall remain sealed and returned to the submitting party.

[ ]  Docket entry(s) _____ (documents attached hereto) shall be destroyed by the Clerk.

[ ]  Docket entry(s) _____ shall remain sealed.

**DONE** and **ORDERED** at West Palm Beach, Florida this 26 day of August, 2004.

DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed of in the following manner: _____

_____

_____ by _____ on _____.

cc: Bruce Reinhart - AUSA