PROB 35
(Rev 1/92)

Report and Order Terminating Conditional Release

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ROBERT DEAN CLARK

Crim. No. 88-128-CR-HURLEY
SD/FL PACTS No. 82380

On February 21, 2003, the above named was placed on conditional release, pursuant to the provisions of Title 18 U.S.C. § 4243(e). The conditional releasee has complied with the rules and regulations of conditional release and is no longer in need of supervision. It is accordingly recommended that the conditional releasee be discharged from supervision.

Respectfully submitted,

Senior U. S. Probation Officer
Marseia Y. Roland
Phone: (561) 804-6895

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 10th day of April, 2008.

United States District Judge
Daniel T. K. Hurley