UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES | § | |
| | § | |
| V. | § | NO. 88-128-CR. DTKH |
| | § | |
| ROBERT DEAN CLARK | § | |

FILED by _____ D.C.
APR 21 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### JOINT MOTION TO UNSEAL RECORDS IN CLOSED FILE AND TO ALLOW COPYING

Robert Dean Clark ("Clark"), Torch Energy Advisors, Inc., Torch Operating Company and Torch Energy Services, Inc. (collectively, "Torch") file their joint motion for an order to unseal records in the above-referenced proceeding and for other relief, as follows:

1. Clark is the defendant in the referenced proceeding, involving a civil commitment following an acquittal by reason of insanity in such proceeding. The sealed materials include both court papers and written mental evaluations of Clark made by mental health professionals during his commitment. Clark individually and by his attorney joins in this motion to express his agreement to have all sealed materials in the file of such proceeding unsealed and copies made and delivered to the movants herein as provided in the form of order submitted herewith.

2. The Torch movants are three of several defendants in an action brought by Clark in the 157th District Court of Harris County, Texas styled *Robert D. Clark v. Blackhawk Holding Co., et al.*, being No. 2007-07409 on the docket of said court (the "Texas Suit"). Clark's petition in the Texas Suit concerns business transactions entered into in 1984 and production from oil and gas wells in Texas drilled in the mid-80's and continuing production thereafter. Clark asserts damages liabilities on the part of the defendants for a portion of the value of such production. The defendants have pleaded the four-year statute of limitations, which is the applicable statute for claims for debt accruing more than four years prior to the filing of suit. To avoid the effect of

the statute, Clark, among other things, pleads the existence of a "legal disability" which under §16.001(b) of the Texas Civil Practice & Remedies Code (the "Code"), if proved to exist, tolls the statute of limitations if the legal disability existed at or before the accrual of the claim.

3. The "legal disability" claimed by Clark is that he was "of unsound mind," which is a specific legal disability provided for by §16.001(a)(2) of the Code. That claim is based on Clark having been found to be not guilty of a crime by reason of insanity, and his further claim that such disability continued throughout his civil commitment, which ended in March, 2003. The subject of Clark's mental condition between 1988 and 2003, thus, has been placed squarely in issue in the Texas suit.

4. Recognizing that while many of the sealed materials which are the subject of this motion will be relevant to the issue of Clark's mental health and thus discoverable, some other sealed materials may not be discoverable, the parties have agreed that the entire file, sealed and unsealed, should be copied and delivered under the protections stated herein and in the order which the parties request the Court to enter. Such protections are designed to give Clark the opportunity to object to the discoverability of those of the materials he chooses to contest, allowing the judge in the Texas suit to address such objections, before Torch and other defendants are allowed to view the contested materials, if that is the ruling of the Texas judge.

5. Clark and Torch request entry of an order containing provisions directing the Clerk of the Court to do the following:

    a. obtain the file from storage;

    b. unseal the sealed materials;

    c. make one copy of each pleading, motion and all other documents contained in the file;

    d.    deliver the copies to a reputable reproduction service with instructions to consecutively number each page of the copied materials;

    e.    package the copied and numbered materials and send by overnight delivery service to counsel for Clark at the following address:

> William E. Ryan
> Law Offices of William E. Ryan
> 3801 Kirby Drive, Suite 654
> Houston, Texas 77098-4125

    f.    on the same day that the packaged materials are delivered to the overnight delivery service, send a confirming notice that the overnight delivery has occurred to counsel for Torch at the following address:

> Joe G. Roady
> Hirsch & Westheimer, P.C.
> 700 Louisiana, 25th Floor
> Houston, Texas 77002-2882

    g.    reseal the previously sealed materials and return the file to storage.

6. Clark and Torch agree to be responsible for the expenses of copying, numbering and overnight delivery of the copied materials in such a manner as the Court or the Clerk directs.

PREMISES CONSIDERED, Clark and Torch request entry of the attached agreed order.

Respectfully submitted,

*/s/ Robert Dean Clark*
Robert Dean Clark

**LAW OFFICES OF WILLIAM E. RYAN**

By: */s/ William E. Ryan*
William E. Ryan
State Bar No. 17485200
3801 Kirby Drive, Suite 654
Houston, Texas 77098
Telephone: (713) 520-0073
Facsimile: (713) 520-0477

**ATTORNEY FOR ROBERT DEAN CLARK**

3

**HIRSCH & WESTHEIMER, P.C.**

By: _____
Eric Lipper
State Bar No. 12399000
Joe G. Roady
State Bar No. 16973000
700 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 220-9181
Facsimile: (713) 223-9319

**ATTORNEYS FOR TORCH ENERGY ADVISORS INCORPORATED, TORCH OPERATING COMPANY, AND TORCH ENERGY SERVICES, INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES | § § | |
| V. | § § § | NO. 88-128-CR. |
| ROBERT DEAN CLARK | § | |

### AGREED ORDER

The Court having considered the joint motion of Robert Dean Clark, Torch Energy Advisors Incorporated, Torch Operating Company, and Torch Energy Services, Inc. to unseal records, and for other relief, and being of the opinion that such motion should be granted, it is hereby

ORDERED, that the motion to unseal records is GRANTED. The Clerk is directed and authorized to do the following:

    a.    obtain the file from storage;

    b.    unseal the sealed materials;

    c.    make one copy of each pleading, motion and all other documents contained in the file;

    d.    deliver the copies to a reputable reproduction service with instructions to consecutively number each page of the copied materials;

    e.    package the copied and numbered materials and send by overnight delivery service to counsel for Clark at the following address:

William E. Ryan
Law Offices of William E. Ryan
3801 Kirby Drive, Suite 654
Houston, Texas 77098-4125

    f.    on the same day that the packaged materials are delivered to the overnight delivery service, send a confirming notice that the overnight delivery has occurred to counsel for Torch at the following address:

>Joe G. Roady
>Hirsch & Westheimer, P.C.
>700 Louisiana, 25th Floor
>Houston, Texas 77002-2882

    g.    reseal the previously sealed materials and return the file to storage.

The expense of the foregoing shall be borne by the Movants.

This _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

**Approved and Entry Requested:**

_/s/ Robert Dean Clark by___
Robert Dean Clark

**LAW OFFICES OF WILLIAM E. RYAN**

By: _/s/ William Ryan___
William E. Ryan
State Bar No. 17485200
3801 Kirby Drive, Suite 654
Houston, Texas 77098
Telephone: (713) 520-0073
Facsimile: (713) 520-0477

**ATTORNEY FOR ROBERT DEAN CLARK**

2

HIRSCH & WESTHEIMER, P.C.

By: *[signature]*
Eric Lipper
State Bar No. 12399000
Joe G. Roady
State Bar No. 16973000
700 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 220-9181
Facsimile:  (713) 223-9319

**ATTORNEYS FOR TORCH ENERGY
ADVISORS INCORPORATED,
TORCH OPERATING COMPANY, AND
TORCH ENERGY SERVICES, INC.**

3